UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STAVROFF LAND & DEVELOPMENT, INC.**, *et al.*,

      **Plaintiffs**,

v.

**CITY OF DUBLIN, OHIO,**

      **Defendant.**

Civil Action 2:24-cv-319
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Case Deadlines Pending Mediation (the "Joint Motion"). (ECF No. 19.) For good cause shown, the Motion is **GRANTED**. The case deadlines in the Preliminary Pretrial Order (ECF No. 16) are hereby **STAYED**. The Parties shall submit a joint status report on or before **NOVEMBER 8, 2024**, which shall include a proposed case schedule if the case is not resolved during the October 25, 2024 mediation.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE