# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STAVROFF LAND & DEVELOPMENT, INC.**, *et al* : | Case No. 2:24-CV-319 |
| Plaintiffs : | Judge Sarah D. Morrison |
| v. : | |
| : | Magistrate Chelsey M. Vascura |
| **CITY OF DUBLIN, OHIO**, : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the Parties' Joint Status Report (ECF No. 21.) For good cause shown, the parties' motion therein to extend the stay is **GRANTED**. The Parties shall submit a joint status report no later than **December 9, 2024**, indicating whether this matter is resolved and, if not, providing a proposed case schedule.

**IT IS SO ORDERED**.


s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE