**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STAVROFF LAND &** | : | |
| **DEVELOPMENT, INC.**, *et al* | : | Case No. 2:24-CV-319 |
| | : | |
| Plaintiffs | : | Chief Judge Sarah D. Morrison |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| **CITY OF DUBLIN, OHIO**, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay the Case.  (ECF No. 34.) For good cause shown, the Motion is **GRANTED**.  This matter and all pending deadlines are **STAYED** through **JUNE 1, 2026**.  If the Parties do not dismiss this matter in the interim, they must submit a status report to the Court on or before **JUNE 1, 2026**, advising the Court of the status of the settlement and whether further stay is warranted.

**IT IS SO ORDERED**.

 s/ *Chelsey M. Vascura*
 UNITED STATES MAGISTRATE JUDGE
 CHELSEY M. VASCURA