**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STAVROFF LAND &** | : | |
| **DEVELOPMENT, INC.**, *et al* | : | Case No. 2:24-CV-319 |
| | : | |
| Plaintiffs | : | Chief Judge Sarah D. Morrison |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| **CITY OF DUBLIN, OHIO**, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

This matter is before the Court on the Parties' Status Report and Joint Motion to Stay the Case (ECF No. 36, the "Joint Motion"). For good cause shown, the Joint Motion is **GRANTED**. This matter and all pending deadlines remain **STAYED**. If the Parties do not dismiss this matter in the interim, they must submit a status report to the Court **ON OR BEFORE AUGUST 3, 2026**, advising the Court of the status of the settlement and whether further stay is warranted.

**IT IS SO ORDERED**.

s/ *Chelsey M. Vascura*

UNITED STATES MAGISTRATE JUDGE
CHELSEY M. VASCURA